ACCEPTED
14-14-00471-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
12/29/2014 7:34:43 AM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00471-CR

In the
# Court of Appeals
For the
# Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

12/29/2014 7:34:43 AM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

## No. 1385877
In the 263rd District Court
Of Harris County, Texas

————————◆————————

# YVETT MINNIE IBARRA
*Appellant*
v.
# THE STATE OF TEXAS
*Appellee*

————————◆————————

## STATE'S MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 263rd District Court of Harris County, Texas, in cause number 1385877, **The State of Texas v. Yvette Minnie Ibarra,** Appellant plead guilty to aggravate assault of a family member, and was placed on a five year deferred adjudication on May 28, 2013.

2. A motion to adjudicate was filed on March 18, 2014.

3. A hearing on the motion to adjudicate was conducted on May 8, 2014, and Appellant was adjudicated guilty and sentenced to three years in the Texas Department of Criminal Justice, Correctional Institutions Division.

4. A written notice of appeal was timely filed on May 8, 2014.

5. The State's brief was due on December 22, 2014.

6. An extension of time in which to file the State's brief is requested until December 31, 2014.

7. Three previous extensions of time have been requested by the State.

8. The facts relied upon to explain the need for this extension are:

The State's Assistant District Attorney on appeal was originally assigned this appeal on October 7, 2014, and had three previously assigned briefs to complete prior to beginning work on this brief. The State's Assistant District Attorney on appeal is finalizing the brief for submission on *Ibarra v. State,* 14-14-00471-CR. In the last month the State's Assistant District Attorney on appeal has submitted a brief in *Casiano v. State,* 01-14-00020-CR, attended to required duties as the Harris County District Attorney's Office representative on the Harris County Veterans' Court Program, and been called out of state for 5 days of required U.S. Navy Reserve duty. The State's Assistant District Attorney on appeal has been recalled to active duty from December 26, 2014 through January 4, 2015, which has delayed progress on this appeal.

Additional time is required in order to complete the editing process in this case.

WHEREFORE, the State prays that this Court will grant an extension of time until December 31, 2014 in which to file the State's brief in this case.

Respectfully submitted,

**SETH GAGLIARDI**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 24073207

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been emailed to the

attorney for the Appellant on December 29, 2014:

Sharon E. Slopis
P.O. Box 980803
Houston, TX 77098
Phone: (713) 529-0771
Email: seslopis@yahoo.com

**SETH GAGLIARDI**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 24073207

Date:  December 29, 2014